DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES NICK SULTZER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-366

[May 13, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jill K. Levy, Judge; L.T. Case Nos. 19-15557MU10A and 20-000005AC10A.

Gordon Weekes, Public Defender, and Sara W. Sandler, Assistant Public Defender, Fort Lauderdale, for appellant.

Michael J. Satz, State Attorney, and Joanne Lewis, Assistant State Attorney, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***